**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HENRY GARAJALES-EL,** *Plaintiff, pro se* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 22-3455** |
| **AMAZON PRIME,** *Defendant.* | : | |

# ORDER

**AND NOW**, this 19th day of November 2026, upon consideration of *pro se* Plaintiff Henry Garajales-El's *motion for reconsideration of the August 21, 2026 orders, and, in the alternative, for certification of interlocutory appeal under 28 U.S.C. § 1292(b) and for a stay of arbitration*, (ECF 43), and Defendant Amazon Logistics, Inc.'s response in opposition, (ECF 44), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to reconsider and/or for a stay of arbitration is **DENIED**.

It is further **ORDERED** that, for the reasons in the footnote, Plaintiff's *motion for leave to file a supplemental memorandum in support of motion for reconsideration*, (ECF 42), and his *motion for leave to file a reply*, (ECF 46), are **DENIED**.[1]

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] As noted in the accompanying memorandum, Plaintiff's motion for reconsideration was denied as untimely and improper *ab initio*, and further, on its merits. As such, there was never a proper underlying motion to supplement via memorandum or reply. All subsequent related motions are denied, as moot.